# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI

JORDAN TYRELL BUSH #1351753

(full name)      (Register No). )
_____ )
_____ )
        Plaintiff(s). )   Case No._____

v. )

CENTURION )

(Full name) )   Defendants are sued in their (check one):
_____ )   _____ Individual Capacity
_____ )   _____ Official Capacity
       Defendant(s). )   ✓ Both

## COMPLAINT UNDER THE CIVIL RIGHTS ACT OF 42 U.S.C. § 1983

I.   Place of present confinement of plaintiff(s): MISSOURI EASTERN CORRECTIONAL CENTER-MEC
18701 OLD HIGHWAY 66 PACIFIC, MO 63069

II.   Parties to this civil action:
Please give your commitment name and any another name(s) you have used while incarcerated.

A. Plaintiff JORDAN BUSH       Register No. 1351753
Address 18701 OLD HIGHWAY 66 PACIFIC, MO 63069
MISSOURI EASTERN CORRECTIONAL CENTER

B. Defendant _____
Is employed as _____
_____

For additional plaintiffs or defendants, provide above information in same format on a separate page.

1

## II. PARTIES TO THIS CIVIL ACTION

**B. DEFENDANT(S)**

DR. ASHOK CHADA - SITE MEDICAL DIRECTOR (SCCC)

KATHERINE BARTON - HEALTH SERVICES ADMINISTRATOR (

T. TAYLOR - RN, BSN

T. PRYOR, MD, REGIONAL MEDICAL DIRECTOR (ACTING)

CENTURION

ACTING NURSE (SCCC)

RECEIVED
2025 SEP -4 PM 2:54
CLERK U.S. DIST. COURT
WEST DIST. OF MO
KANSAS CITY, MO

III.    Do your claims involve medical treatment?    Yes ✓    No _____

IV.    Do you request a jury trial?    Yes ✓    No _____

V.    Do you request money damages?    Yes ✓    No _____

State the amount claimed?    $ 20,000,000 / 50,000,000 (actual/punitive)

VI.    Are the wrongs alleged in your complaint continuing to occur?    Yes ✓    No ___

VII.    Grievance procedures:

A. Does your institution have an administrative or grievance procedure?
Yes ✓    No _____

B. Have the claims in this case been presented through an administrative or grievance procedure within the institution?    Yes ✓    No _____

C. If a grievance was filed, state the date your claims were presented, how they were presented, and the result of that procedure. (Attach a copy of the final result.)
AUGUST 2023, PRESENTED BY FILING AN IRR
INFORMAL RESOLUTION REQUEST
_____
_____

D. If you have not filed a grievance, state the reasons.
_____
_____
_____

VIII.    Previous civil actions:

A. Have you begun other cases in state or federal courts dealing with the same facts involved in this case?    Yes _____    No ✓

B. Have you begun other cases in state or federal courts relating to the conditions of or treatment while incarcerated?    Yes _____    No ✓

C. If your answer is "Yes," to either of the above questions, provide the following information for each case.

(1) Style: _____
     (Plaintiff)                    (Defendant)
(2) Date filed: _____

2

(3) Court where filed: _____

(4) Case Number and citation: _____

(5) Basic claim made: _____

(6) Date of disposition: _____

(7) Disposition: _____
  (Pending) (on appeal) (resolved)
(8) If resolved, state whether for: _____
  (Plaintiff or Defendant)

For additional cases, provide the above information in the same format on a separate page.

IX.    Statement of claim:

A.    State here as briefly as possible the facts of your claim. Describe how each named defendant is involved. Include the names of other persons involved, dates and places. Describe specifically the injuries incurred. Do not give legal arguments or cite cases or statutes. You may do that in Item "B" below. If you allege related claims, number and set forth each claim in a separate paragraph. Use as much space as you need to state the facts. Attach extra sheets, if necessary. Unrelated separate claims should be raised in a separate civil action.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

B.    State briefly your legal theory or cite appropriate authority:

_____
_____
_____
_____
_____
_____
_____
_____

3

X.    Relief: State briefly exactly what you want the court to do for you. Make no legal arguments.

GIVE ME A TRIAL BY JURY, MEDICAL COMPLAINTS BE TAKEN SERIOUS. STAFF TO BE HELD ACCOUNTABLE. PROVIDE QUALIFIED, COMPETENT LICENSED PROFESSIONALS TO BE COMPENSATED FOR PAIN & SUFFERING I CONTINUE TO FACE.

XI.    Counsel:

A. If someone other than a lawyer is assisting you in preparing this case, state the person's name._____

B. Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?        Yes_____ No ✓___

    If your answer is "Yes," state the names(s) and address(es) of each lawyer contacted.

_____
_____
_____

C. Have you previously had a lawyer representing you in a civil action in this court?        Yes _____ No ✓___

    If your answer is "Yes," state the name and address of the lawyer.

_____
_____

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed (signed) this ___4TH___ day of __AUGUST__ 2025

_____
Signature(s) of Plaintiff(s)

_____

_____

4

# STATEMENT OF CLAIM:

I INITIALLY FILLED OUT AN **HEALTH SERVICE REQUEST (HSR)** FORM THROUGH THE SICK CALL PROCESS WHILE AT SOUTH CENTRAL CORRECTIONAL CENTER **(SCCC)** WHICH STARTS THE PROCESS OF MEDICAL STAFF TREATING ONE IN REGARDS TO THEIR COMPLAINT IN A MANNER THE MEDICAL STAFF SEE FIT.

DURING THE THIRD WEEK OF **JULY 2023** I BEGAN TO EXPERIENCE DISCOMFORT ON THE RIGHT SIDE OF MY BODY WHICH EVENTUALLY LED TO PAIN & DISCOMFORT TO THE RIGHT BACK SIDE. IN WHICH I DECIDED TO FILL OUT AN **HSR (HEALTH SERVICE REQUEST)** & WAS SEEN BY **MEDICAL STAFF** SHORTLY AFTER. I EXPRESSED TO MEDICAL STAFF THAT I WAS EXPERIENCING PAIN & DISCOMFORT ON THE RIGHT SIDE OF MY BODY IN WHICH MEDICAL STAFF POKED ME ON MY RIGHT SIDE & DETERMINED IT WAS NOT ANY APPENDIX ISSUE. THAT IF IT WAS AN APPENDIX ISSUE I WOULD HAVE JUMPED OUT OF THE CHAIR, AS SICK CALL WAS CONDUCTED IN A BACK OFFICE WHERE CASE MANAGERS **(OFFICE STAFF)** WERE LOCATED.

UPON BEING SEEN BY MEDICAL STAFF, I WAS THEN ALLEGEDLY PUT ON **"A LIST"** TO BE SEEN BY THE MEDICAL PHYSICIAN AT SOUTH CENTRAL CORRECTIONAL CENTER **(SCCC)**.

THE FOLLOWING WEEK OF JULY MY SYMPTOMS CONTINUED TO GET WORSE AS BUMPS BEGAN TO APPEAR ON MY FRONT RIGHT SIDE OF MY STOMACH, MY RIGHT SIDE & MY BACK RIGHT SIDE & THE PAIN & DISCOMFORT BECAME UNBEARABLE. I WAS EXPERIENCING MAJOR PAIN AS IT FELT LIKE BEING STABBED OR LIGHTNING STRIKING MY FRONT RIGHT SIDE, MY RIGHT SIDE & MY BACK RIGHT SIDE ALL AT THE SAME TIME. AS TIME WENT ON A RASH DEVELOPED ON MY FRONT RIGHT SIDE, RIGHT SIDE & BACK RIGHT SIDE. AT ITS WORST I LOST MY APPETITE & IT BECAME DIFFICULT, IMPOSSIBLE TO SLEEP AS I FELT PAIN EVERY SECOND OF THE DAY.

ON JULY 29, 2023 I COULD NOT STAND THE INTENSE PAIN ANYMORE & DECIDED TO SELF-DECLARE AS IN NOTIFYING STAFF THAT I WAS IN SEVERE PAIN & NEEDED TO BE SEEN BY STAFF IMMEDIATELY. I WAS THEN SENT TO MEDICAL IN WHICH I WAS TURNED AWAY & TOLD TO COME BACK THE NEXT DAY, SUFFERING MORE WITHOUT MEDICAL ASSISTANCE. THE FOLLOWING DAY ON JULY 30, 2023 I ONCE AGAIN SELF-DECLARED NOTIFYING STAFF OF MY SEVERE PAIN & NEEDED TO BE SEEN BY MEDICAL STAFF AS I FELT I WAS DYING. UPON ARRIVING IN MEDICAL I SHOWED THE ACTING NURSE MY BUMPS, RASH & EXPRESSED MY DIRE

NEED OF ASSISTANCE IN THE GREAT DEAL OF PAIN
I WAS EXPERIENCING. I TOLD THE ACTING NURSE
THAT I FELT LIKE I WAS DYING, THAT I COULD NOT
EAT OR SLEEP. THE ACTING NURSE TOOK A LOOK
AT MY BUMPS, RASH ON THE FRONT RIGHT SIDE OF
MY STOMACH, MY RIGHT SIDE & MY BACK RIGHT
SIDE & SHE DETERMINED THAT IT WAS SHINGLES
BUT IT WAS NOT AN EMERGENCY & DID NOT
REQUIRE URGENT CARE.
I WAS THEN ORDERED TO RETURN TO THE H.U.
(HOUSING UNIT) & THREATENED IF I DID NOT I WOULD
BE SENT TO SEGREGATION, BEING PUNISHED.
AS I CONTINUED TO EXPLAIN TO THE ACTING NURSE
OF MY SEVERE PAIN SHE SUGGEST THAT I COME
BACK DURING SICK CALL OF THE HOUSING UNIT WHICH
WAS APPROXIMATELY FIVE TO SIX HOURS LATER.
I HAD NO CHOICE BUT TO RETURN TO THE HOUSING
UNIT OR I WOULD BE PUNISHED & SO I RETURNED
BACK TO THE HOUSING UNIT TO SUFFER IN PAIN
EVEN MORE FEELING HELPLESS.

LATER ON THE EVENING OF JULY 30, 2023
APPROXIMATELY AROUND TWO IN WHICH I WAS
FORCED TO WAIT UNTIL SICK CALL SUFFERING IN
PAIN & DISCOMFORT I ONCE AGAIN WENT TO
MEDICAL & WAITED TO BE SEEN BY THE SAME
ACTING NURSE. THIS TIME UPON BEING ASSESSED

BY THE SAME ACTING NURSE. SHE SEEMED TO
TAKE ME & MY PAIN & SUFFERING AS A REAL
EMERGENCY AS SHE TOLD ME TO WAIT IN
MEDICAL AS I MAY HAVE TO BE "ISOLATED".
THE ACTING NURSE THEN EXPRESSED SHE WAS
GOING TO HAVE TO GET ON THE PHONE & REACH OUT
TO THE ACTING **MEDICAL DIRECTOR** TO DETERMINE
WHAT SHOULD BE DONE, HOW TO PROPERLY HANDLE
THIS MATTER.
THE ACTING NURSE THEN RETURNED AFTER THE
CALL TO THE MEDICAL DIRECTOR & ADVISED ME
THAT I WAS GOING TO HAVE TO BE "ISOLATED"
FOR AN UNKNOWN NUMBER OF DAYS. TREATING
MY MEDICAL CRISIS AS AN MEDICAL EMERGENCY.


I WAS PLACED IN THE INFIRMARY AT SOUTH CENTRAL
CORRECTIONAL CENTER (**SCCC**) FOR A DAY AS THE
PHYSICIAN DR. ASHOK CHADA OBSERVED MY LESIONS ON
MY FRONT RIGHT SIDE OF MY STOMACH, MY RIGHT
SIDE, & MY BACK RIGHT SIDE HAD "**CRUSTED OVER**"
BUT NOT HEALED. I WAS THEN RELEASED ON
**JULY 31, 2023** BACK TO THE HOUSING UNIT AFTER
BEING ASSESSED BY DR. CHADA & INFORMED THAT I
WOULD RECEIVE ADDITIONAL MEDICAL CARE BY
GIVEN MORE MEDS **3X** A DAY TO FURTHER HEAL
THE LESIONS ON MY STOMACH, SIDE & BACK WHERE THE
SHINGLES WERE LOCATED & TO TAKE AWAY THE

PAIN & SUFFERING I WAS EXPERIENCING.
HOWEVER, THE SAME DAY I LEFT THE INFIRMARY I
NEVER RECEIVED THE MEDS EITHER IN THE AFTERNOON
OR NIGHT WHEN MEDS ARE PASSED.
FURTHERMORE DURING THE SEVEN DAYS I WAS ADVISED
I WOULD RECEIVE MEDS TO FULLY HEAL MY SHINGLES
DIAGNOSIS **3x** A DAY, MEDICAL STAFF AT SOUTH
CENTRAL CORRECTIONAL CENTER **(SCCC) ACTING** IN
NEGLIGENCE FAILED TO COMPLY IN PROPERLY
HANDLING MY MEDICAL NEEDS AS NECESSARY IN
WHICH DAYS I NEVER RECEIVED MEDS TO HELP
FULLY HEAL MY DIAGNOSIS OF SHINGLES & FURTHER
COMPLICATED MY DIAGNOSIS BY NOT RECEIVING
PROPER CARE.

I WAS ULTIMATELY TRANSFERED TO SOUTH EAST
CORRECTIONAL CENTER **(SECC)** ON **AUGUST 17, 2023** IN
WHICH I NOTIFIED MEDICAL STAFF OF CONTINUOUS
COMPLICATIONS OF SHINGLES AS THERE WAS STILL
A RASH ON MY FRONT RIGHT STOMACH, MY RIGHT SIDE
& MY BACK RIGHT SIDE & STILL EXPERIENCING PAIN
IN THOSE PLACES. MEDICAL STAFF DECIDED IT WAS
AN EMERGENCY & NEEDED IMMEDIATE ATTENTION
AS I WAS **"ISOLATED"**. DUE TO NO OPEN SPACE AT
SOUTH EAST CORRECTIONAL CENTER **(SECC)** I WAS
SENT TO **FRDC** (FULTON RECEPTION & DIAGNOSTIC CENTER)
TO BE ISOLATED & RECEIVE THE PROPER CARE.

I WAS "ISOLATED" AT **FRDC** (FULTON RECEPTION DIAGNOSTIC CENTER) FROM AUGUST 17, 2023 TO AUGUST 22, 2023 WHERE I RECEIVED PROPER FURTHER MEDICAL ATTENTION TO FULLY HEAL MY SHINGLES DIAGNOSIS.

I WAS GIVEN MEDS **3X** A DAY & MONITORED TO MAKE SURE I WAS MAKING PROGRESS, THAT THE MEDS WERE PROPERLY HEALING MY LESIONS ON MY STOMACH, SIDE & BACK, THE PAIN & SUFFERING & NOT JUST MAKING SURE MY LESIONS WERE "**CRUSTED OVER**".

FURTHER MEDICAL ATTENTION WAS REQUIRED DUE TO SOUTH CENTRAL CORRECTIONAL CENTER MEDICAL STAFF BEING NEGLIGENT, NOT TAKING MY PAIN & SUFFERING AS AN MEDICAL EMERGENCY & TREATING ME AS NECESSARY AS SOON AS POSSIBLE. I WAS NOT PROPERLY CARED FOR AS IN MONITORED & GIVEN MEDS **3X** A DAY AS ADVISED AS I WOULD BE TO MAKE SURE I WAS PROPERLY HEALED.

SOUTH CENTRAL CORRECTIONAL CENTER MEDICAL STAFF WERE ONLY CONCERNED THAT MY LESIONS ON MY STOMACH, SIDE & BACK WERE "**CRUSTED OVER**", NOT MY PAIN & SUFFERING, THE MEDS **3X** A DAY TO ACTUALLY PROPERLY HEAL MY DIAGNOSIS, & DID NOT CARE TO MAKE SURE I HAD NO FURTHER COMPLICATIONS OF MY DIAGNOSIS OF SHINGLES.

TODAY I STILL SUFFER FROM AFTER EFFECTS OF SOUTH CENTRAL CORRECTIONAL CENTER MEDICAL STAFF NEGLIGENCE LIKE SCARS ON MY BACK, PAIN & SUFFERING DUE TO SHINGLES FLARING UP OCASSIONALLY. SHIFTS IN MY WEIGHT DUE TO LOSS OF APPETITE FROM OCASSIONALLY FLARE UP, PTSD, SENSITIVITY FROM THE NERVE DAMAGE IN THE AREAS. IF NOT FOR SOUTH CENTRAL CORRECTIONAL CENTER MEDICAL STAFF NEGLIGENCE I WOULD NOT HAVE TO TAKE CONSTANT MEDS TO CONTROL SHINGLES FROM OCASSIONALLY FLARING UP & ITS SIDE EFFECTS WHICH CAN CAUSE CONFUSION.

HAD I BEEN TAKEN SERIOUS IN REGARDS TO MY MEDICAL NEEDS ON JULY 29,2023, JULY 30,2023 & JULY 31, 2023 & TREATED AS AN EMERGENCY & GIVEN PROPER CARE THERE IS A HIGHLY POSSIBILTY I WOULD NOT HAVE SUFFERED FROM AFTER EFFECTS AS SEVERE AS I HAVE & CONTINUE TO ENDURED.
THERE IS A HIGHLY POSSIBILTY THAT FURTHER TREATMENT (MEDICAL ATTENTION) FROM **FRDC** (FULTON RECEPTION DIAGNOSTIC CENTER) WOULD NOT HAVE BEEN NECESSARY TO MAKE SURE THAT I WAS FULLY HEALED & NEEDED NO FURTHER TREATMENT.

IN RESPONSE TO MY GRIEVANCE SOUTH CENTRAL CORRECTIONAL CENTER MEDICAL STAFF NOTED THAT SINCE THE PHYSICIAN NOTED MY LESIONS HAD "**CRUSTED OVER**" SO HE DEEMED ME NOT REQUIRED FURTHER

④

MEDICAL TREATMENT, SO I WAS RELEASED & SENT BACK TO THE HOUSING UNIT (H.U.).

MEDICAL STAFF DID NOT ADDRESS THE FACT FURTHER TREATMENT WAS REQUIRED AS I WAS ADVISED BY THE PHYSICIAN DR. ASHOK CHADA THAT I WOULD RECEIVE THE MEDS I WAS GIVEN WHILE IN THE INFIRMARY **3x** A DAY TO MAKE SURE I WAS FULLY HEALED, NOT JUST **"CRUSTED OVER"** REFERRING TO MY LESIONS ON MY STOMACH, SIDE & BACK.

MEDICAL STAFF FAILED TO MONITOR MY DIAGNOSIS OF SHINGLES.

IN RESPONSE TO MY GRIEVANCE APPEAL SOUTH CENTRAL CORRECTIONAL CENTER MEDICAL STAFF NOTED UPON ARRIVAL AT SOUTH EAST CORRECTIONAL CENTER **(SECC)** I ADVISED MEDICAL STAFF OF A RASH WHICH WAS ULTIMATELY DIAGNOSED AS SHINGLES & I WAS PLACED IN THE INFIRMARY AT **FRDC** (FULTON RECEPTION DIAGNOSTIC CENTER) DUE TO NO SPACE AT SOUTH EAST CORRECTIONAL CENTER **(SECC)**. I SPENT FROM **AUGUST 17, 2023** TO **AUGUST 22, 2023** IN THE INFIRMARY AT **FRDC** (FULTON RECEPTION DIAGNOSTIC CENTER) WHERE I WAS MONITORED, TREATED, & GIVEN MEDS **3x** A DAY, PROPERLY AS NEEDED.

MEDICAL STAFF ALSO NOTED SHINGLES CAN BE EXACERBATED BY STRESS & THAT I WAS TRANSFERRING TO A NEW SITE WHICH MAY HAVE CAUSED THE FLARE UP.

MEDICAL STAFF'S CONCLUSION WAS THAT CARE & TREATMENT FOR MY MEDICAL ISSUES BY LICENSED, QUALIFIED HEALTHCARE PROFESSIONALS. THEY RELY UPON THE INDEPENDENT, DISCRETIONARY MEDICAL JUDGMENT OF THE SITE PHYSICIANS TO DETERMINE WHAT CARE, MEDICATION, & TREATMENT IS NEEDED.

SOUTH CENTRAL CORRECTIONAL CENTER (SCCC) MEDICAL STAFF DOES NOT ACKNOWLEDGE ONCE AGAIN, FURTHER MEDICAL TREATMENT WAS REQUIRED AFTER DR. CHADA STATED MY LESIONS WERE **"CRUSTED OVER"**, THAT MEDICAL STAFF NEVER MONITORED MY DIAGNOSIS, DID NOT GIVE ME MEDS **3X** A DAY AS I WAS ADVISED BY DR. CHADA & MEDICAL STAFF TO MAKE SURE I WAS FULLY HEALED TO REDUCE THE CHANCE OF FUTURE COMPLICATIONS OF SHINGLES. SOMEHOW DUE TO DR. CHADA OBSERVING MY LESIONS ON MY STOMACH, SIDE & BACK **"CRUSTED OVER"** THAT NO FURTHER TREATMENT WAS REQUIRED. **"CRUSTED OVER"** DOES NOT AMOUNT TO FULLY HEALED TO FULLY ENSURE I HAVE NO FURTHER COMPLICATIONS.

FROM THE TIME I WAS PLACED IN THE INFIRMARY ON **JULY 30, 2023** WHILE AT SOUTH CENTRAL CORRECTIONAL CENTER BY MEDICAL STAFF THEN RELEASED THE NEXT DAY ON **JULY 31, 2023**, NOT

RECEIVING MEDS **3X** A DAY, MONITORED, GIVEN PROPER CARE, BEING TRANSFERED TO SOUTHEAST CORRECTIONAL CENTER ON **AUGUST 17, 2023** BEING ASSESSED BY STAFF DETERMINING I STILL HAD SHINGLES & AGAIN PLACED IN THE INFIRMARY FROM **AUGUST 17, 2023** TO **AUGUST 22, 2023** SHOWS THE CLOSE TIMEFRAME FROM BEING RELEASED TO BEING DIAGNOSED WITH SHINGLES AGAIN IN THE SAME AREA OF MY RIGHT FRONT SIDE, MY SIDE & MY BACK RIGHT SIDE SHOWS THE LACK OF MEDICAL ATTENTION WHICH WAS AN EMERGENCY & NEGLIGENCE DISPLAYED BY MEDICAL STAFF AT SOUTH CENTRAL CORRECTIONAL CENTER **(SCCC)**.

SOUTH CENTRAL CORRECTIONAL CENTER **(SCCC)** MEDICAL STAFF INSINUATE THAT MY SHINGLE DIAGNOSIS **"MAY"** HAVE STEM FROM ME BEING TRANSFERED ON **AUGUST 17, 2023** A FEW WEEKS AFTER MY INITIAL DIAGNOSIS OF SHINGLES ON **JULY 30, 2023** DUE TO STRESS

MY SHINGLES WERE NOT PROPERLY TREATED, FURTHER TREATMENT WAS REQUIRED AFTER DR. ASHOK CHADA & MEDICAL STAFF AT SOUTH CENTRAL CORRECTIONAL CENTER **(SCCC)** NOTED MY LESIONS HAD **"CRUSTED OVER"**, MY LESIONS, SHINGLES ON MY STOMACH, SIDE & BACK NOT HEALED CAUSED THE FLARE UP WHICH ULTIMATELY LED

ME TO BE "ISOLATED" IN THE INFIRMARY FOR APPROXIMATELY A WEEK, LONGER THAN MEDICAL STAFF AT SOUTH CENTRAL CORRECTIONAL CENTER **(SCCC)** CHOSE TO HAVE ME "ISOLATED" FOR JUST A DAY.

I SHOULD NOT HAVE BEEN TURNED AWAY FROM SEEKING IMMEDIATE EMERGENCY ATTENTION AS I WAS IN SEVERE PAIN & SUFFERING FROM SHINGLES. MY DIAGNOSIS SHOULD HAVE BEEN PROPERLY TREATED AS AN MEDICAL EMERGENCY & NOT HAD TO HAVE HAD WAITED THE NEXT DAY & SEVERAL HOURS FOR SICK CALL BUT SHOULD HAVE BEEN ADDRESSED WHEN I SELF-DECLARED AT MEDICAL AT SOUTH CENTRAL CORRECTIONAL CENTER **(SCCC)**.

SOUTH CENTRAL CORRECTIONAL CENTER **(SCCC)** MEDICAL STAFF ACTING FAILED TO EXERCISE THE REQUISITE STANDARD OF CARE & THE FAILURE DIRECTLY CAUSED DAMAGES AS I AM STILL AFFECTED TO THIS DAY, IN WHICH IT HAS BEEN APPROXIMATELY TWO YEARS SINCE THE INITIAL DIAGNOSIS OF SHINGLES.

UNDER THE EIGHTH AMENDMENT THE GOVERNMENT HAS AN OBLIGATION TO PROVIDE MEDICAL CARE TO THOSE WHOM IT IS PUNISHING BY INCARCERATION ESTELLE V GAMBLE, 429 U.S. 97, 103, 97 S. Ct. 285, 50 L. Ed. 2d 251 (1976)

SOUTH CENTRAL CORRECTIONAL CENTER MEDICAL STAFF CONDUCT AMOUNTED TO DILIBERATE INDIFFERENCE AS I WAS DIAGNOSED WITH SHINGLES, A SERIOUS MEDICAL CONDITION & NEEDED IMMEDIATE ISOLATION BUT DID NOT RECEIVE IMMEDIATE EMERGENCY ATTENTION & MEDICAL STAFF WERE AWARE BUT DISREGARDED MY INITIAL NEEDS & FURTHER NEEDS WHICH CAUSED MORE PROBLEMS.
I SIMPLY RECEIVED CONSTITUTIONALLY INADEQUATE MEDICAL CARE, & TREATMENT.

ANY REASONABLE, COMPETENT LICENSED, QUALIFIED HEALTHCARE PROFESSIONAL WOULD HAVE PROVIDED IMMEDIATE EMERGENCY MEDICAL ATTENTION, MADE SURE I WAS GIVEN THE PROPER TREATMENT & MEDICAL CARE TO PREVENT FUTURE ISSUES, COMPLICATIONS, PROBLEMS, HARDSHIPS, PAIN & SUFFERING.

# LEGAL AUTHORITY

THE **EIGHTH AMENDMENT** PROTECTS YOUR RIGHT TO MEDICAL CARE

THE GOVERNMENT HAS AN OBLIGATION TO PROVIDE MEDICAL CARE TO WHOM IT IS PUNISHING BY INCARCERATION

SUP. CT. EXPLAINED BECAUSE "AN INMATE MUST RELY ON PRISON AUTHORITIES TO TREAT HIS MEDICAL NEEDS; IF AUTHORITIES FAIL TO DO SO, THOSE NEEDS WILL NOT BE MET

ESTELLE V GAMBLE, 429 U.S. 97, 103, 97 S. Ct. 285, 50 L. Ed. 2d 251 (1976)

TO DEMONSTRATE CONSTITUTIONALLY INADEQUATE MEDICAL CARE, THE INMATE MUST SHOW THAT A PRISON OFFICIALS CONDUCT AMOUNTED TO DELIBERATE INDIFFERENCE

DULANY V CARNAHAN, 132 F.3d 1234, 1237-38 (8TH CIR. 1997)

TO ESTABLISH DELIBERATE INDIFFERENCE, PLAINTIFF MUST PROVE THAT HE SUFFERED FROM AN OBJECTIVELY SERIOUS MEDICAL NEED & THAT PRISON OFFICIALS ACTUALLY KNEW OF & DISREGARDED THAT NEED

ROBERTS V KOPEL, 917 F.3d 1039, 1042 (8TH CIR. 2019)

OBJECTIVE PRONG "A SERIOUS MEDICAL NEED IS ONE THAT HAS BEEN DIAGNOSED BY A PHYSICIAN AS REQUIRING TREATMENT, OR ONE THAT IS SO OBVIOUS THAT EVEN A LAY PERSON WOULD EASILY RECOGNIZE THE NECESSITY

FOR A DOCTOR'S ATTENTION
COLEMAN V RAHIJA, 114 F. 3d 778, 784 (8TH CIR. 1997)

AS TO SUBJECTIVE PRONG, A INMATE MUST DEMONSTRATE
THAT A PRISON HEALTH CARE PROVIDERS ACTIONS WERE
"SO INAPPROPRIATE AS TO EVIDENCE INTENTIONAL
MALTREATMENT OR A REFUSAL TO PROVIDE ESSENTIAL
CARE
REDMOND V KOSINSKI, 999 F. 3d 1116, 1120 (8TH CIR. 2021)

MEDICAL MALPRACTICE
a) SERIOUS MEDICAL NEED
b) PRISON OFFICIALS SHOWED "DELIBERATE INDIFFERENCE" TO
YOUR SERIOUS MEDICAL NEED
c) THIS DELIBERATE INDIFFERENCE CAUSED YOUR INJURY
SERIOUS MEDICAL NEED AS "ONE THAT HAS BEEN DIAGNOSED
BY A PHYSICIAN AS MANDATING TREATMENT OR ONE THAT
IS SO OBVIOUS THAT EVEN A LAY PERSON WOULD EASILY
RECOGNIZE THE NECESSITY FOR A DOCTOR'S ATTENTION"
HILL V DEKALB REGL YOUTH DET. CTR. 40 F. 3d 1176, 1187
(11TH CIR. 1994)

PRISONER CAN SHOW SERIOUS MEDICAL NEED IF THE
"FAILURE TO TREAT A PRISONER'S CONDITION COULD RESULT
IN FURTHER SIGNIFICANT INJURY OR THE "UNNECESSARY &
WANTON INFLICTION OF PAIN"
ESTELLE, 429 U.S. at 104) JETT V PENNER 439 F. 3d 1091,
1096 (9TH CIR. 2006)

IF A DOCTOR SAYS YOU NEED TREATMENT, OR YOUR NEED IS OBVIOUS, IT IS PROBABLY A "SERIOUS MEDICAL NEED"

SERIOUS MEDICAL NEED
① WHETHER A REASONABLE DOCTOR OR PATIENT WOULD CONSIDER THE NEED WORTHY OF COMMENT OR TREATMENT
② WHETHER THE CONDITION SIGNIFICANTLY AFFECTS DAILY TREATMENT
③ WHETHER YOU HAVE CHRONIC & SERIOUS PAIN
BROCK V WRIGHT, 315 F. 3d 158 (2ND CIR. 2003)

NEGLIGENT MEDICAL TREATMENT
EVIDENCE IS SUFFICIENT IF THE LOGICAL CONCLUSION FROM THE EVIDENCE IS THAT IF CERTAIN THINGS HAD BEEN PROPERLY DONE CERTAIN RESULTS WOULD NOT HAVE OCCURED & SUCH RESULTS DID OCCUR
LAWS V ST. LUKES HOSP, 218 S.W. 3d 461

MALPRACTICE
THE DOCTOR IS NEGLIGENT BY REASON OF THE FACT HE HAS FAILED TO ADHERE TO A STANDARD OF REASONABLE MEDICAL CARE & THAT CONSEQUENTLY THE SERVICE RENDERED WAS SUBSTANDARD & NEGLIGENT
AIKEN V CLARY, 396 S.W. 2d 668, 673 (MO. 1963)

THIS APPLIES WHETHER THE ALLEGED MALPRACTICE CONSISTS OF IMPROPER CARE OR TREATMENT OR A FAILURE TO

SUFFICIENTLY INFORM A PATIENT TO ENABLE THE PATIENT TO
GIVE INFORMED CONSENT TO THE TREATMENT
WOERZ, 42 S.W. 3d at 656

NEGLIGENCE IS THE FAILURE TO USE THAT DEGREE OF SKILL
& LEARNING ORDINARILY USED BY MEMBERS OF ONE'S
PROFESSION UNDER THE SAME OR SIMILAR CIRCUMSTANCES

FOREVER / USA
FOREVER / USA
FOREVER / USA

NOT WHO USMS

JORDAN BODY # 1351153
MISSOURI EASTERN CORRECTIONAL CENTER-MECC
1371 OLD HIGHWAY 50
BONVILLE MISSOURI 4D-2

RECEIVED
2025 SEP -4 PH 2:54
CLERK U.S. DIST. COURT
WEST. DIST. OF MO
KANSAS CITY, MO

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
OFFICE OF THE CLERK
CHARLES EVANS WHITTAKER
400 EAST 9TH STREET, SUITE 31
KANSAS CITY, MO 64106

This mail is from an offender in
the custody of the
Missouri Dept. of Corrections